UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GREATER ST. LOUIS | ) | |
| CONSTRUCTION LABORERS | ) | |
| WELFARE FUND, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:08CV640 CDP |
| | ) | |
| PLUMBING SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This ERISA case for delinquent contributions, liquidated damages, and interest is before me on my review of the file. On October 10, 2008, I entered partial default judgment in favor of plaintiffs and against defendant in the amount of $21,037.02, for amounts owed through September 30, 2007. In that Order, plaintiffs were instructed that they could seek final judgment on any amounts owed on subsequently submitted reports. In November of 2008, plaintiffs sought to compel production of fringe benefit contribution reports from September, 2007 to the present, but withdrew that motion upon discovering that defendant has been out of business since September, 2007. Therefore, it appears to the Court that this case has been fully resolved and that a final judgment or dismissal may now be entered.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs shall file a proposed final judgment or dismissal papers for the Court's consideration by **June 22, 2009.**


_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 15th day of June, 2009.